**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KYLE CHRUPCALA, as the representative of a class of similarly situated persons, and on behalf of the Firstrust 401(k) and Profit Sharing Plan,** | : | |
| | : | |
| | : | |
| | : | |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | **CIVIL NO. 25-6578** |
| | : | |
| **FIRSTRUST SAVINGS BANK,** | : | |
| *Defendant.* | : | |
| | : | |

**ORDER**

**AND NOW**, this **6th** day of **April 2026**, upon consideration of Defendant's Motion to Dismiss the Complaint (the "Defendant's Motion") (ECF No. 15), Plaintiff's Opposition to Defendant's Motion to Dismiss the Complaint (ECF No. 19), Defendant's Reply in Support of Defendant's Motion to Dismiss the Complaint (ECF No. 20), and Plaintiff's Surreply in Opposition to Defendant's Motion to Dismiss the Complaint (ECF No. 21), it is hereby **ORDERED** as follows:

1. Defendant's Motion (ECF No. 15) is **DENIED** for the reasons stated in the accompanying memorandum opinion.

2. Defendant shall file an answer to Plaintiff's Complaint (ECF No. 1) on or before **April 20, 2026**.

BY THE COURT:

/s/ Chad F. Kenney

_____
**CHAD F. KENNEY, JUDGE**