**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KYLE CHRUPCALA, as the representative of a class of similarly situated persons, and on behalf of the Firstrust 401(k) and Profit Sharing Plan,** *Plaintiff,* | : | |
| **v.** | : | **CIVIL NO. 25-6578** |
| **FIRSTRUST SAVINGS BANK,** *Defendant.* | : | |

# ORDER

**AND NOW**, this **12th** day of **November 2026**, upon consideration of the Joint Motion to Impound Materials Designated as Confidential in Defendant's Opposition to Plaintiff's Motion for Class Certification (the "Joint Motion") (ECF No. 43), and the docket, it is hereby **ORDERED** as follows:

1. The Joint Motion (ECF No. 43) is **GRANTED IN PART** and **DENIED IN PART** as outlined herein for the reasons stated in the accompanying memorandum opinion:
   a. The Joint Motion is **GRANTED** as to Exhibits 4, 5, 8, 9, 10, 11, 17, and 18 to Defendant's Memorandum in Opposition to Plaintiff's Motion for Class Certification (ECF Nos. 43-5, 43-6, 43-7, 43-8, 43-9, 43-10, 43-12, 43-13), the unredacted version of Defendant's Memorandum in Opposition to Plaintiff's Motion for Class Certification (ECF No. 43-3), and as to the redacted portions of Defendant's Memorandum in Opposition to Plaintiff's Motion for Class Certification that the parties seek to seal on pages 6–9, 13–16, 18–20, and 23–

24,[1] which shall remain **UNDER SEAL**. *See* ECF No. 42 at 6–9, 13–16, 18–20, 23–24; ECF No. 43-3 at 6–9, 13–16, 18–20, 23–24.

b. The Joint Motion is **DENIED** as to the portions of Defendant's Memorandum in Opposition to Plaintiff's Motion for Class Certification that the parties seek to seal on pages 11 and 27–28 (the information regarding Plaintiff Kyle Chrupcala's personal background). *See* ECF No. 42 at 11, 27–28; ECF No. 43-3 at 11, 27–28. Defendant is **DIRECTED** to file another version of its Memorandum in Opposition to Plaintiff's Motion for Class Certification that removes redactions from page 11 (the sentences starting with "He deceptively holds himself out as . . .", and "During his deposition, . . ."), and pages 27–28 (starting with the paragraph beginning with "Plaintiff's current resume . . ." and continuing onto the following page), on or before **November 19, 2026**.

c. The Joint Motion is **DENIED** as to Exhibit 3 (ECF No. 43-4) to the extent that the parties seek to seal the entirety of Exhibit 3. The Court will permit Plaintiff's date of birth to remain redacted. Exhibit 3 will otherwise be unsealed.

d. The Joint Motion is **DENIED** as to Exhibit 12 (ECF No. 43-11) to the extent that the parties seek to seal the entirety of Exhibit 12. Defendant is **DIRECTED** to file another version of Exhibit 12 under seal with proposed redactions to Exhibit 12 for further review by the Court, on or before **November 19, 2026**. The unredacted version of Exhibit 12 (ECF No. 43-11) shall continue to remain under seal.

---

[1] The Court uses the pagination supplied by the CM/ECF docketing system throughout this Order.

2. The Clerk of Court is **DIRECTED** to place **UNDER SEAL** the documents filed at ECF Nos. 43-3, 43-5, 43-6, 43-7, 43-8, 43-9, 43-10, 43-11, 43-12, 43-13.
3. The Clerk of Court is **DIRECTED** to **UNSEAL** only ECF Nos. 43, 43-1, 43-2, 43-4.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**